01

02

03

04

05                         UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON

06                               AT SEATTLE

07 DIANE KAY WOOLERY,          )
                                   )   CASE NO. C12-1980-JCC

08        Plaintiff,           )
                                   )

09        v.                 )   ORDER OF REMAND
                                   )

10 CAROLYN W. COLVIN,         )
Acting Commissioner of Social Security,   )

11                                    )
       Defendant.         )

12 _____ )

13       The Court has reviewed the entire record, including the Administrative Record, the

14 memoranda of the parties, and the Report and Recommendation of United States Magistrate

15 Judge Mary Alice Theiler.   It is therefore ORDERED:

16       (1)     The Court adopts the Report and Recommendation;

17       (2)     The Court REMANDS this matter for further administrative proceedings; and

18       (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19 //

20 //

21 //

22 //

ORDER OF REMAND
PAGE -1

01     DATED this 28th day of June 2013.

02

03

04                          JOHN C. COUGHENOUR

05                          United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF REMAND
PAGE -2