01
02
03
04
05        UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
06                  AT SEATTLE

07 DIANE KAY WOOLERY,                )
                                     )  CASE NO. C12-1980-JCC
08        Plaintiff,                 )
                                     )
09        v.                         )  ORDER OF REMAND
                                     )
10 CAROLYN W. COLVIN,                )
   Acting Commissioner of Social Security, )
11                                   )
          Defendant.                 )
12 _____ )

13        The Court has reviewed the entire record, including the Administrative Record, the

14 memoranda of the parties, and the Report and Recommendation of United States Magistrate

15 Judge Mary Alice Theiler. It is therefore ORDERED:

16        (1)   The Court adopts the Report and Recommendation;

17        (2)   The Court REMANDS this matter for further administrative proceedings; and

18        (3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19 //
20 //
21 //
22 //

ORDER OF REMAND
PAGE -1

01   DATED this 28th day of June 2013.

02

03

04

JOHN C. COUGHENOUR
05   United States District Judge

ORDER OF REMAND
PAGE -2